**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| **ANDY NORWOOD,** | |
| Plaintiff, | |
| | Case No. 1:20-cv-01588-NRN |
| v. | |
| **JAMPP, INC.,** and **ANDREW WHITESIDE,** an individual | |
| Defendants. | |

## MOTION FOR DISMISSAL WITH PREJUDICE

**COMES NOW** the plaintiff, by and through his undersigned counsel, and moves that, whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued, <u>with prejudice</u>, and without fees or costs to any party as against the other. Each party shall bear their or its own costs and attorneys' fees.

This stipulation may be filed without further notice with the Clerk of the Court.

Respectfully submitted,

ANDERSONDODSON, P.C.

s/Penn Dodson
_____
Penn Dodson
penn@andersondodson.com

11 Broadway, Suite 615
New York, NY  10004
Attorneys for Plaintiff

SO ORDERED:

_____
U.S.D.J

Dated: _____